**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Yanira Gonzalez<br>         Debtor, | Chapter: 7<br>Case No: 09–20768<br>Judge Joan N. Feeney |

**CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE
AND FIXING OF BOND**

Pursuant to 11 U.S.C. § 701(a)(1)

Joseph Braunstein
Riemer and Braunstein, LLP
3 Center Plaza
Boston, MA 02108

is hereby appointed as Interim Trustee in the above–referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

| | |
|---|---|
| Date:11/9/09 | Phoebe Morse<br>U.S. Trustee<br>(617) 788–0400 |

Original filed with Bankruptcy Court
Copy to trustee

**REJECTION**

I, Joseph Braunstein , hereby REJECT appointment as Trustee.
Dated: This day of _____ .

                                                                                Joseph Braunstein

Original filed with Bankruptcy Court
Copy to United States Trustee

6